```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    JORGE RESENDEZ-SANCHEZ
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10              FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,      ) No. CR-S-05-323 GEB
                                   )
13                  Plaintiff,     )
                                   ) STIPULATION AND [PROPOSED] ORDER
14       v.                        ) CONTINUING STATUS CONFERENCE
                                   )
15  JORGE RESENDEZ-SANCHEZ,        )
                                   ) Date:  October 14, 2005
16                  Defendant.     ) Time:  9:00 a.m.
                                   ) Judge: Garland E. Burrell, Jr.
17  _____)
```

18      IT IS HEREBY STIPULATED and agreed to between the United States of

19 America through Michael Beckwith, Assistant United States Attorney, and

20 defendant, Jorge Resendez-Sanchez, by and through his counsel, Mary M.

21 French, Assistant Federal Defender, that the status conference,

22 presently scheduled for October 7, 2005, be vacated and rescheduled to

23 October 14, 2005 at 9:00 a.m.

24      This continuance is requested because undersigned counsel needs to

25 check on a question that has arisen concerning Mr. Resendez-Sanchez's

26 prior record.

27      IT IS FURTHER STIPULATED that the period from October 7, 2005

28 through and including October 14, 2005 be excluded in computing the

time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

Dated: October 7, 2005

```
                                    Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender

                                    /s/ Mary M. French
                                    _____
                                    MARY M. FRENCH
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JORGE RESENDEZ-SANCHEZ
```

Dated: October 7, 2005

```
                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Mary M. French for
                                    _____
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney
                                    per telephonic authority
```

**O R D E R**

IT IS SO ORDERED.

Dated: October 12, 2005

```
                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge
```