```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2
    MARY M. FRENCH, Bar #126643
 3  Assistant Federal Defender
    Designated Counsel for Service
 4  801 I Street, 3rd Floor
    Sacramento, California 95814
 5  Telephone: (916) 498-5700

 6  Attorney for Defendant
    JORGE RESENDEZ-SANCHEZ
 7

 8

 9                 IN THE UNITED STATES DISTRICT COURT

10               FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) No. CR-S-05-323 GEB
                                 )
13              Plaintiff,       )
                                 ) STIPULATION AND [PROPOSED] ORDER
14      v.                       ) CONTINUING STATUS CONFERENCE
                                 )
15  JORGE RESENDEZ-SANCHEZ,      )
                                 ) Date:  November 4, 2005
16              Defendant.       ) Time:  9:00 a.m.
                                 ) Judge: Garland E. Burrell, Jr.
17  _____)
```

18    IT IS HEREBY STIPULATED and agreed to between the United States of
19 America through Michael Beckwith, Assistant United States Attorney, and
20 defendant, Jorge Resendez-Sanchez, by and through his counsel, Mary M.
21 French, Assistant Federal Defender, that the status conference
22 presently scheduled for October 28, 2005 be vacated, and rescheduled
23 for status conference on November 4, 2005 at 9:00 a.m.
24    This continuance is requested because undersigned counsel is
25 researching issues regarding Mr. Resendez-Sanchez's prior record.
26    IT IS FURTHER STIPULATED that the period from October 28, 2005
27 through and including November 4, 2005 be excluded in computing the
28 time within which trial must commence under the Speedy Trial Act,

1  pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for
2  continuity and preparation of counsel.
3  Dated:  October 24, 2005

                                    Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender

                                    /s/ Mary M. French
                                    _____
                                    MARY M. FRENCH
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    JORGE RESENDEZ-SANCHEZ

11 Dated:  October 24, 2005

                                    MCGREGOR W. SCOTT
                                    United States Attorney

                                    /s/ Mary M. French for
                                    _____
                                    MICHAEL BECKWITH
                                    Assistant U.S. Attorney
                                    per telephonic authority

**O R D E R**

18 IT IS SO ORDERED.
19 DATED:  October 24, 2005

                                    /s/ Garland E. Burrell, Jr.
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge

Stip & Order/Resendez-CR-S-05-323-GEB    2