IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE RESENDEZ-SANCHEZ, ) | |
| ) | |
| Movant, ) | CR. No. S-05-0323 GEB DAD P |
| ) | |
| v. ) | |
| ) | ORDER |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

On October 24, 2007, the government filed a motion for an extension of time to file an answer to movant's § 2255 motion. Good cause appearing, IT IS HEREBY ORDERED that the government's motion for an extension of sixty (60) days to file an answer is GRANTED. The government shall file and serve its answer within sixty (60) days of the date of this order.

DATED: October 29, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/sanc0323.111